UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **WILLIAM CUMMINGS,** | : | |
| Plaintiff | : | CIVIL ACTION NO. 1:22-1119 |
| v. | : | (MANNION, D.J.) |
| | : | (CARLSON, M.J.) |
| **A. WELLER**, *et al.*, | : | |
| Defendants | : | |

## ORDER

In accordance with this court's Memorandum issued this same day, **IT IS HEREBY ORDERED THAT**:

1. The September 6, 2022 report of Judge Carlson, **(Doc. 10)**, is **ADOPTED IN ITS ENTIRETY**.

2. The defendants' motion to dismiss, **(Doc. 6)**, is **GRANTED**.

3. All of the claims in the plaintiff's complaint, **(Doc. 1-1)**, are **DISMISSED WITHOUT PREJDUICE**.

4. The plaintiff's objection to the report, **(Doc. 11)**, is **OVERRULED**.

5. The plaintiff is **GRANTED** leave to file one amended complaint that conforms to Judge Carlson's directives upon remand of this case.

6. The clerk of court is directed to **REMAND** this case to Judge Carlson for further proceedings consistent with this Order.

*s/ Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**DATE: September 29, 2022**
22-1119-01-Order