IN THE USDC FOR THE MIDDLE DIST. OF PENNSYLVANIA

**FILED**
**SCRANTON**

OCT 25 2022

PER _____ /s/ _____
DEPUTY CLERK

William Cummings
                    Plaintiff
        v
A. Weller, et al

Civ. Action No. 1:22:1119
Amended Complaint

① Plaintiff is an inmate at State Correctional Institution at Frackville, PA (Frackville), in the Pennsylvania Dept. of Corrections.

② This is a civil action authorized by 42 USC 1983 to redress the deprivation, under color of state state law, of rights secured by the Constitution of the United States. The court has jurisdiction under 28 USC (28 1331 and 1343(a)(3). Plaintiff seeks declaratory relief pursuant to 28 USC 2201 and 2202 and injunctive relief under 28 USC 2283 d 2284. This is an appropriate venue under 28 USC 1391(b)(2) because it is where the events giving rise to this claim occurred.

③ Each Defendant is sued individually and in their official capacity. Equitable tolling principles is applicable here because the prison officials prevented and obstructed the Plaintiff from completing the grievance process and misconduct appeals process for all and any claims in this action. Plaintiff in fact filed grievances on all claims in this action and appealed all misconducts, properly, and Plaintiff was ignored and intimidated, regarding any and all claims in this action. Please see, Sides v. Beard, et al, Civ. Action No. 04-CV-1344 Pearson v. Secretary of Corrections, et al, US THIRD CIR. CT. OF APPEALS Case No. 13-1412, DATE FILED: 1/07/2015. For equitable tolling principles and Downey v. D.O.C. 968 F.3d 299, for exceptions to mandatory exhaustion requirements. The holdings in Downey apply here as well to this action.

④ All Defendants are named throughout this complaint. Each Defendant was told about each claim in this complaint, personally by the Plaintiff and refused to stop the conduct, behavior, each Defendant encouraged said behavior and conduct, and purposely created the conditions the Plaintiff is and was subjected to, they conspired to violate the plaintiff's, 1st, 8th, and 14th Amendment rights to the use Constitution of the United States, individually and in concert as a group. These defendants are all responsible for Plaintiff.

⑤ Plaintiffs relief requests: punitive and compensatory damages in the amount a jury deems fit to deter any future behavior and for what Plaintiff has been through; $350 dollars for any and all time spent in the RHU for each day Plaintiff spent therein on disciplinary custody status or administrative custody status and an cell restriction; a jury trial for all claims; any and all misconduct reports expunged from Plaintiff's prison record;

⑥ The Plaintiff including but not limited to all and any misconduct reports lodged against him and approved to be served by Defendants, W. Purnell, K. BLY, P. MOSER

and John Doe 1, must be ~~its~~ expunged because these Defendants violated the Plaintiff's 1st rights by not following policy where it states: DC-ADM 801 section 1.B, paragraph 4, b. the repeated overuse of the RHU on the Plaintiff for misconduct charges #26 to 52; ~~and~~ the repeated overuse of Pre-hearing Confinement DC-ADM 801 section 1.E; plaintiff is routinely put on pre-hearing confinement; DC-ADM 801 section 1.C. paragraphs 1, and 2, and 3. Plaintiff is on the mental health roster (active), is a C-stability code active on the mental health roster and because of this the Defendants above constantly approve misconducts lodged against the plaintiff, BLY, PURNELL, and MOSER on several occasions in 2018, thru 2022 has told Plaintiff, "we own you, you're crazy, Just because its you, we send you to the RHU."

⑦ The misconduct reporters at Frackville all violate DC-ADM 801 by ~~refuse~~ refusing to not file a miscond report when the Plaintiff is experiencing mental health crisis, which is on any and all misconduct reports issued at Frackville from March 2018 thru October 2022 including but not limited to misconduct numbers: D005684; D571875; D571854; D776506; D546070; D521944; D571673; D633544; D521813; D521712; D521 813; D319996; D376582; D340169; D379971; D291994; D521733; D376007; D521 712; D353546; D353133; D776928; D776911; & D216471; D291138; D273645; D216 267; D353133; D291138; D376582; D379971; D571875; D776928; & D216267; D 353 546. Plaintiff was actively suicidal on any and all misconducts prior to there being issued, this was told to these Defendants, but they all refused to follow the directives in policy DC-ADM 801 section 1.C. paragraphs 1 thru 3, and not in one misconduct report or incident report was the Plaintiff written up for assaultive behavior. These Defendants all lied on any and all misconduct reports, these Defendants are: N. Cintron; S. Cillo; J. Tedesco; D. CRISANTE; S. KENNEDY; ~~CISH~~ C. SCHULTZ; RALPH LYNN; B. CRESS; V. BLOMMEL; R. MORRIS; C.O. LEIBY; A. WELLER; C.O. SMOLKE; CO2 CHEHOVICH; S. ALLEN; N. WEIKEL; K. HANSELL; ~~STORM~~ J. STORM; S. SMITH; J. MAUL; M. ZULKOWSKI; C.O.T. BROBST; CO2 MACKY; CO3 TAYLOR; E.O. LUCAS; D. WARREN; S. THOMPSON. Plaintiff was actively suicidal on any and all misconducts at SCI-Frackville, and these Defendants knew it and disregarded the Plaintiff's rights and issued a false misconduct. On most of the false misconducts issued on that same day, the Plaintiff was processed into the RHU for suicidal ideation, or already in the P.O.C. for ~~said~~ suicidal ideation, but these Defendants as well as the Defendants in paragraph 6, approved and issued false misconducts. All and any misconduct that correspond to the admission of the Plaintiff to the P.O.C. will show this fact. Plaintiff was suicidal prior to the incident/misconduct report, this is deliberate indifference, torture, etc.

⑧ the Defendants who issued the false misconducts in paragraph 7, ~~by these~~ and 6, these defendants subjected plaintiff to atypical and significant hardships such as: no phone usage in the RHU; only three showers a week; no commissary Food;

a strip search prior to leaving your cell for 22 hours to 23 hours a day sometimes, 24 hours, total confinement, among other restrictions. These conditions are not normal in general population. Plaintiff had anxiety attacks, major depression, loss of sleep, loss of weight, nervous nervous Further the Plaintiff's suicidal ideation Plaintiff cried a lot.

9.8. The Defendants who found guilt of the Plaintiff, the hearing examiner, forced Plaintiff into the conditions of confinement that were atypical and causing the significant hardship are: John Doe 1-10; S. WIGGINS TRACY WILLIAMS; T. WALTER; J. DuPONT; Z. MOSLAK; K. CROSS; D. WEIDERHOLD; C. COLLINS; & Hearing Examiner Santelli. These Defendants also refused to give Plaintiff a fair hearing and the only evidence presented at each misconduct hearing was the misconduct only; no witnesses were called; no available video evidence was allowed; the recording of the Plaintiff's testimony was purposely edited and not recorded accurately; Plaintiff's appeals were purposely sabotaged; Plaintiff submitted any and all inmate versions and witness forms but they were never at the hearing, these Defendants purposely sabotaged them and threw them away and as the hearing room officer C.O. KENTON is responsible for these documents and they rarely if ever make it to the hearing because KENTON sabotages the process. Plaintiff has heard KENTON say and state, "Cummings will almost always have his forms lost, I make sure of it." I've heard him say this numerous times, because Plaintiff has had to file PREA complaints on KENTON, for sexual harassment. KENTON grabs Plaintiff's penis, brushes it, every time he'd done a pat search on Plaintiff prior to the hearing and KENTON is retaliating by sabotaging the hearing. MOSLAK is legally responsible for all the due process violations with regards to any and all misconduct hearings Plaintiff has had in the Dept. of Corrections and has the authority to examine each misconduct, from January 2007 to October 2022 and for upholding all the unconstitutional and constitutionally flawed hearings in that time frame, and in fact, any and all misconduct hearings were the Plaintiff has attended were unconstitutional and constitutionally flawed, where guilt were found, and because of this Plaintiff continues to irreparably injured, especially now where Plaintiff has a commutation application pending in the Pennsylvania Board of Pardons, application number: 56492 and Board of Pardons Number: C-10708. Each Defendant in this complaint irreparably injured the Plaintiff because in fact Plaintiff is a prisoner who has a life sentence without the possibility of parole and the only way to be released is by a Pardon, and to have the Board of Pardons evaluate his application with unconstitutional misconducts and to see constitutionally flawed misconduct hearing sanctions of guilt on the Plaintiff's record, clearly injures Plaintiff. As a right, Plaintiff should not be evaluated

by the Board with any negatives entries in his prison record, that, of there un-
constitutionally, this fact gives Plaintiff extreme depression, sadness, Plain-
tiff cries constantly, barely sleeps because of this. Pursuant to BURNS v. D.O.C.
642 F.3d 163, with the above facts stated in this paragraph 6 and 7, the miscon-
ducts must be expunged. Attached as exhibit "A" Plaintiff shows all the uncon-
stitutional conduct at the hearings from Frackville, several misconduct reports,
misconduct appeals and general misconduct documents. You see Plaintiff is constantly
con unconstitutionally denied on all his appeal issues, item on all of the issues, when
Plaintiff appeals, they're ignored. The defendants in paragraph 7, filed misconducts
because Plaintiff filed grievances against their colleagues at Frackville and
this is pure retaliation, and Plaintiff has filed grievance from MARCH 2018 †††
thru October 2022. And all misconducts ever written against the Plaintiff were retali-
ation as well, from prior to Plaintiff being housed at Frackville, starting from January
2007 thru MARCH 2022. As stated in, Woodson v. Scott Paper Co., 109 F.3d 913, 920
(3d. Cir. 1997), "the mere passage of time is not legally conclusive proof against
retaliation." Plaintiff tries to exhaust any and all claims, but these Defendants always
sabotage it. Please note the exhibits Plaintiff provides are documents staff havent stolen or taken.

⑩ Defendant WEGRZYNOWICZ purposely miscalculated my Plaintiff's DC time and began to
start and stop DCt sanction time. Received 7 misconducts from June 2021 to January
2022. If the misconducts would be calculated correctly the start and stop times
for them would read as follows: misconduct (mc) D633544 begins on 6/16/21
ends 7/15/21; mc D521444  7/15/21 to 9/12/21; mc D571854 9/12/21 to 10/11/21
; mc D571673 10/11/21 to 11/9/21; mc D005684 11/9/21 to 11/23/21; D571875
11/23/21 to 1/21/22; mc D596070 1/21/22 to 2/19/22. WEGRZYNOWICZ let a
whole day lapse, then started the consecutive misconduct, so instead of getting
out of the RHU on 2/19/22, Plaintiff was released on approximately March
24, 2022, due to WEGRYNOWICZ's retaliation. When calculating consecutive mis-
conduct start times, when one stop, the next is to start the same day, Plain-
tiff was forced to be in the same conditions as stated in paragraph 8 further-
ing atypical and significant hardship. This was filed as a grievance but rejection
rejected, grievance number 967203, and Plaintiff followed the directive of
the rejection instruction, but Plaintiff was ignored. See EXH. B for how to calculate.

⑪ From 11/29/21 to 12/4/21 Plaintiff was housed in 3B1 (POC) and that cell was
covered in feces, Plaintiff was denied a tooth brush, tooth paste; the cell
covered with bugs, ants, spiders; the light was kept of for 144 hours
(the Defendants are responsible for the conditions, WEGRYZNOWICZ, as well)

he straight, an industrial size, jumbo the jumbo light Plaintiff was provided no linen, no secure blanket only a smock, no jumpsuit, against DC-ADM 13.8.1. Plaintiff was on hand held camera orders with all interactions with staff and Plaintiff requested via grievance that all footage be preserved for court regarding this incident. Plaintiff begged the Defendants for a blanket because he was freezing cold and these Defendants refused the blanket. The Defendants are: COs MEYERS, CLAWSON, J. GUTIERREZ, P. FERGUSON, J. TEDESCO, J. SIMPSON, and D. MAUL.

(11) Plaintiff was denied entry into the mental health unit because he was suicidal and because of this he was put on "step-down" program and not sent to the MHU after the mandatory admission for an prisoner being in the POC for 72 hours with suicidal ideation, denied by John Doe 11.

(12) From 12/30/21 to 1/3/21 Plaintiff was housed in the POC and his cell was covered in feces; Plaintiff was denied a tooth brush, tooth paste; the cell covered with bugs, ants, spiders; the light was kept off on for 4 days; Plaintiff denied showers; plaintiff was denied entry into the MHU after being suicidal for more than ~~24 hours;~~ 72 hours; no blanket was provided as plaintiff begged these Defendants for it, and told them he was freezing, only a smock provided and not a jumpsuit. The Defendants responsible for these ~~sancto~~ conditions are: THERESA MASON; K. BLY, P. MOSER; W. PURNELL; CO3 EIDEM; ~~CO3~~ CO3 SIMPSON; CO3 SCHREFFLER; J. TEDESCO; CO DRUM; & J. GUTIERREZ; D. MAUL; P. FERGUSON; BRENNAN (CO.); CHAD YORDY; J. KIMMEL; J. STORM; ~~& A~~ A. WALTER; C.O. FRANCIS. BLY, MOSER, and PURNELL are shift commanders and saw Plaintiff in these conditions and did absolutely nothing to help him, signed the "log book" and kept Plaintiff as is, they are ultimately responsible as well as ~~these~~ the other Defendants because they are the prison supervisors. This is the theme for these Defendants throughout this entire action, these Defendants know and knew of all the 1st, 8th, and 14th Amendment violations, signed the "log books", seen Plaintiff's conditions, read the grievances, approved the bogus misconducts.

(13) On 12/29/21 Plaintiff, while in the RHU at 72 approximately 7:24pm, Defendant A. WALTER, escorted Plaintiff from shower, and I told him, don't touch me, ~~but~~ On video I say, Walter pinched my wrist (right wrist) with the cuffs and put them on extremely tight, causing bruises. WALTER also

grabbed my left bicep extremely hard, causing me extreme pain, I to on video, plaintiff requested the video to be preserved. He did it to be sadistic.

⑭ On 12/29/21 Defendant ~~KII~~ J. KIMMEL sprays inmate Schaffer in EB16 cell, and refuses to call medical for plaintiff, who is in EB14 cell, approximately 20 feet away, shut off the air circulation, and began ~~laughing~~ laughing, Defendants WALTER and J. STORM, as well. These defendants began laughing and teasing the plaintiff because the OC spray began choking plaintiff, my eyes were burning, my skin, I began vomiting. Then ~~Nur~~ Defendant AMBER STAHLER refused to render treatment when she came by with medication, and on camera told plaintiff to fill out a sick call. Plaintiff received a COVID 19 booster shot and because of the OC spray felt like he'd had a heart attack, couldn't breathe, all night. This refusal was done to be sadistic, and they'd all laughed. Video asked preserve

⑭ On 11/19/21 at approximately 4 pm, coming back from the shower ~~m.~~ Defendant M. WALTON grabbed my bicep extremely hard, and I told him he didn't need to do that, the cuffs were already on extremely tight, then I get back to EB 1005, either Defendant STORM or WALTON, grabbed the tether and yanked it ~~ex-~~ ~~tremely~~ hard and ~~yanked~~ hurt my ~~to~~ left wrist, causing extreme pain to shoot through my entire body. I call CO2 D. KRAYNIAK, and ask pictures be taken for the excessive force, and B. THOMAS and C.O. FREY, take them, of my bruised left hand. WALTON and STORM did this to be sadistic. I was given a pain reliever by CHAD YORDY. I requested the video be preserved.

⑮ Defendants HEFFELFINGER, CONQUEST, AND C.J. WARFORD serve plaintiff cold food while he'd been in BA 1001. ~~they'd screamed~~ ~~WARFORD screams~~ "we own you." After they been screams insults, threats, and deplorable things all day on 12/23/20.

⑯ On 12/24/20 while housed in on BA 1001, Defendant Robert CRESS tells me, "you stroke!" then when leaving says, "I'll make sure your foods cold," and all three meals were served cold to me.

⑰ On 2/18/22, while in the RHU, plaintiff was refused a COVID 19 phone by Defendants WEGRZYNOWICZ, MANTZ, SIMPSON, SCHICKRAM. WEGRZYNOWICZ tells me I received a misconduct for not strip searching, which is a lie. I never received a misconduct for that. Not only did I get denied the call, my food was served cold by them as well. It's all retaliation for the lawsuit and grievances. SCHICKRAM and MANTZ had been sexually harassing me all day. This is grievance No. 9 69115.

(18) Defendant MOSER refuses to listen to plaintiff and bully bullies plaintiff when he tells him that staff members stole copies of his grievance and evidence, and Defendant B. MCMULLIN was harassing and threatening to plaintiff and this grievance is number 775372. MOSER refuses to investigate the plaintiff's claims and lies in his response, the response date 12/18/2018.

(19) On 7/16/19 Defendants FERGUSON and BLOMMEL refuse to feed plaintiff a noon meal and night meal, in retaliation for grievances, and for plaintiff asking for help while in the POC. And on 7/14/19 BLOMMEL solicited suicide while plaintiff was on suicide watch, and he put up a sign that stated "KILL YOURSELF" and I kept trying. this is on grievance no. 813248.

(20) On 1/9/19 ~~to LOSER, WELL~~ to 2/10/19 DEFENDANTS C. LOSER, A. WELLER, S. THOMPSON; C.O. ISAAC, ~~scream all day~~ R. LYNN, C.O. RENO, CO2 ~~SCARPETT~~ SCARPATTI, C.O2 MAINES, C. SCHULTZ, C. NARADKO, ~~and~~ B. MCMULLIN, D. COOK, while on C Block B-wing 1 cell, plaintiff asked the defendants to fix the black mold that was ~~coming~~ in the air ventilation system in that cell, in the shower and sink, because the smell in the vent began making plaintiff sick, plaintiff would vomit, cough, lose sleep, have diarrhea, get puss bumps that are extremely painful, they also say things about having anal sex with my underage special needs daughter, they'd say: leave, snitch, nigger, we starve you, you'll have hair in your food, we clown you, among the pattern of other things they scream in the grievances filed around this time, I provide when I get them. My food was served cold to me at the chow hall as well. MAINES was arrested for sex crimes.

(21) On 6/10/18 to 6/14/18 Defendants CO2 KODACK, CO2 APPLEGATE, CO CHANDLER, M. WERT, CO EKDMAN, while housed on A-block asked these to fix the black mold that was in the air ventilation system, in the shower and sink because plaintiff became sick, vomiting, coughing constantly, have diarrhea, get puss bumps, just like in paragraph 20, the defendants would ignore the plaintiff and then say things like: you big dick, we fist Brandee and Zoey (put his fist in my underage daughters vagina), you nut up, you'll be stroking your dick, Defendant KENNEDY (S. KENNEDY) would do the same things, the pattern of the things they scream are on the grievances I filed around this time, I'll show at trial, when I gone to the chow hall on these days there would be hair in my food and it'd be served cold, like KODACK told me on approximately 6/10/18, "your food will be cold and have hair in it all three." And "all three" meals were cold with hair in it.

(22) On 7/14/22, while in the RHU, on BC 2005 cell, Defendant Carlos MONTOYA served plaintiff a tray with a dead bug in the salad. He starved me that day or well, no this was on grievance 878638. Plaintiff later found out MONTOYA put it there on purpose to send plaintiff a message for filing grievances, and all meals were served cold to plaintiff by montoya, purposely to cause harm.

(23) On 2/16/22 while in the RHU, EB 1012, DEFENDANT S. SMITH, begins harassing plaintiff, and after plaintiff tells her he doesn't want to talk, plaintiff becomes suicidal, she refuses to call the POC and admit him, and Defendant SIMPSON screams "You're not going anywhere," using a female voice. They later tell me my food will be cold, and it was. This is grievance number 968539.

(24) On 6/2/22 Defendant MACKEY, while on A-block B-wing 1 cell, screams, prior to me getting my legal mail, "Cummings, we evil burned you..." and later that date "we'll serve you cold food, all day!" All three were cold.

(25) On 6/23/22 at approximately 7:25pm, Defendant M. ZULKOWSKI stares at plaintiff naked in his cell, AB 1 cell, then moans. And earlier serving his meal it was purposely served cold. Earlier that day, ZULKOWSKI issued plaintiff a false misconduct, and waited for plaintiff to shower, because that misconduct stated plaintiff put up a curtain. Then plaintiff was warned that if a PREA allegation was re-filed, it would be "unfounded", so the investigating staff member can issue plaintiff a misconduct, like Defendant CILLO did, who purposely issued the misconduct, who didn't investigate misconducts D571854 and D571473 and bullied plaintiff, tried to speak to him in the bay area in front of several officers and when plaintiff asked to be more confidential and in a private space, CILLO refuses so plaintiff requests to leave the interview, and later receives two misconducts. This is grievance no. 986093

(26) On 5/20/22 to 6/15/22 DEFENDANTS MEYERS (CO MEYERS), C.O. LINDSEY, CO2 C.J. WARFORD, CO WINK, CO2 CONQUEST, J. STORM, M. ZULKOWSKI, C.O. ERBE, R. CRAGLE, CO2 BRUTTS, CO RENNINGER, & C. NARADKO, J. SCHICKRAM, C.O. MANTZ, CO2 MACKEY, V. BLOMMEL, S. THOMPSON, P C.O. PAULSHOCK, B C.O. BRILLA, C.O. LARKEN, A. WELLER, W. WINRICH, J. MAUL, C.O. DEVER, C.O. ENGLISH, C.O. BOYER, T. RYAN, T. ROSSACHACY while housed on A-block B-wing 1 cell asked these Defendants to fix the black mold that's in the air ventilation system, in the shower, and sink because plaintiff becomes sick, vomiting, coughing constantly, have diarrhea, get painful puss bumps, they'd ignore plaintiff and laugh, the smell cause this as well. These defendants would then say things in the same pattern as all of other defendants like; you sue rookie, your dick's huge, I kill you, we own you, you die. Plaintiff will show the pattern of this on the grievances filed on A-block in this time frame regarding the verbal harassment.

27 THE vents to the heating and cooling systems in the RHU and in general population, and BMU/POC, are not regularly cleaned. As a result, the heating and cooling system blows dust, dirt and other particles, into the cells, covering the cell floors and walls in a dusty film. Inhaling the particles blown from the cells vents has caused plaintiff to suffer bloody noses, headaches, and depression, anxiety, sleep deprivation as well as exacerbation of plaintiff's mental health condition. Defendants BLY, MOSER, PURNELL, WEGZYNOWICZ, J. CONNOLLY, D. COOK, J. SIMPSON, COZ KOPACK, R. KRAMER, D. HUGHES, S. BARRATTA, B. MCMULLIN, D. MCCOY, C.O. MINICH, C.O. HASHAGEN, FSCO STANKAVAGE, C. LOSER, R. MORRIS, C.O.T. JAY MAINES, C.O. REIDER, coworker, COT GRIFFITHS, COT HOLZMAN, COT OTERO, COZ MACKY, C.O. CHANDLER, C.O. ERDMAN, CO MCPEAK, COZ REED, MR. POLITKA, MR. JONES, MR. ____, MR. ROM. WERT, COZ JOSEPH PURCELL, COZ HOLZMAN, J. CARTER, C.O. CORBY, (JOHN DOE MAINTENANCE MANAGER), J. RENO, Sr., T. RYAN, C.O. EBERT, C.O. FRANCIS, COZ PRICE, CO KNOTT, J. MACKEY, CO DEVER, COZ WAGNER, COZ MURRAY, COZ O'DAY, UNIT MANAGER WEISINGER, From March 2018 til present October 2022, all refused to change these conditions and on a constant basis conspired to have hair put in the Plaintiff food, and grievances throughout the time frame will show this pattern, its a continuing thing, COZ KALCE, COPOWERS, C.O. SCHADE, also.

28 On 10/4/18 to 2/6/19, DEFENDANTS, D. COOK, A. COOK, C.O. MCPEAK, C.O. CRANKFIELD, RENO, Sr., D. MCCOY, D. EVANS, GUTIERREZ, C. SCHULTZ, C. LOSER, C. TROUTMAN, C.O. STANKAVAGE, MCMULLIN, D. WARREN, R. LYNN, B. LAWTON, C.O. NOWAKOSKI, J. BRANDON, K. MAINES, while on various housing units asked these defendants to fix the black mold that is in the air ventilation system, in the shower, and sink because Plaintiff became sick, vomiting, coughing constantly, have diarrhea, get painful puss bump, these Defendants ignored the plaintiff and say things such as: you not un, we bully you, we poisoned you, we warned you, we own you, you fuck Zoey. Defendant Isaac would during this time, after plaintiff asked the black mold to be cleaned told me on 12/7/18, fuck Brandee and Zoey, you'll never get a hot meal in my jail, the hair in in it will never stop.

29 On 8/23/22 to 8/25/22 DEFENDANTS: C.O.T GRIFFITHS, WELLER, and KENNEDY all served plaintiff cold food, all three meals each day were cold, purposely, and they'd scream sexually intensive states such as: I ride you, your son's gay, you sued me, you grieved aint, Plaintiff also asked them to remove the black mold out of the ventilation, sink, and shower because Plaintiff becomes sick, vomits, the smell is over powering, have diarrhea, get puss bumps, they'd make the above comments, WELLER then trashed AB 1 cell, to drive home the point and stole a clothing line, without providing Plaintiff with a confiscated items receipt.

30 From June 2021 to MARCH 2022 DEFENDANTS: C.D. WARFORD, J. MAUL, COZ SMOLKE, B. CRESS, STORM, J. KIMMEL, M. WALTON, N. FORTE, A. WALTER, while Plaintiff was on E-block in the RHU refused Plaintiff, showers, bedding, laundry services

while plaintiff was not sexual harassed and not one time was plaintiff served a hot meal, on purpose, they'd all wait until my food war cold, them serve me.

㉛ EJ DEFENDANT C.J. WARFORD served plaintiff cold eggs and grits, purposely, then admitted he helped Defendant C.O.T. BROBST lie to get the plaintiff to the RHU on 9/4/22, misconduct number D775045, WARFORD admitted this on 9/24/22.

㉜ these events happened in the RHU on E-block B-side, the Defendants named served the plaintiff cold food purposely, sometimes with hair in it, the Defendants, food served cold, and days are as follows: C. TROUTMAN, D. WARREN, WALTER, Fish and rice, oat meal, and meat sauce; 9/16/22 J. Purcell meat sauce; 10/10/22 A. BRENNAN, yelled and told me, "your food gonna be cold, leave" and it was all three meals; 9/24/22 Z. KRAYNIAK PIZZA and Beans; 9/29/17/22 MANTZ PANCAKES; 10/8/22 CHEHOVICH, FEILING, W. KNAPPEN-BERGER (told me my meals would be served cold and they were) APPALACIAN STEW, HAIR was on my bread, EGGS and Grits; 9/25/22 HENNINGSEN, ~~CRAGLE~~, R. CRAGLE D. EVANS, MASH POTATOES, EGGS, GRITS, CHICKEN FRIED STEAK; 9/26/22 MANTZ, K. HAN-SELL (she tells me, no hot food for you, you fucked her), HENNINGSEN, NOWAKOSKI, STORM, chilli and RICE, chicken patty and potatoes; 9/27/22 NURSE CATHY (she screams stop crying about your cold food, accept it, die) Pet T. ROSSACHACY, MANTZ, HENNINSEN, NOWA-KOSKI, WALTON, STORM, POT PIE, STRING BEANS, OATMEAL; 9/28/22 CO EBERT, C. DELBO, TROUTMAN, J. MAUL, WALTER, WALTON, HOT DOGS, BEANS, EGGS and GRITS, STIR FRY and RICE; 9/24/22 RENO, Jr., WARFORD, TROUTMAN, DELBO, KIMMEL, WALTER, WALTON, J. MAUL, VEAL and mash potatoes, pizza and BEANS, S. smith; 9/18/22 T. NAJDA served me cold food; 9/30/22 RENO, Jr., CO FRANCIS, WARFORD, SMITH, NOWAKOSKI, TROUTMAN, STORM, WALTER, FORTE, GRITS, RICE, BEANS, CHICKEN; 10/1/22 JOHN DOE 3rd Shift officer from 9/30/22 into 10/1/22 screams while doing rounds, not only do we talk shit, you'll never get a hot meal in my jail, leave) B. mcDE-MUS, DELBO, TROUTMAN, NOWAKOSKI, NURSE CATHY (she screams you hate me, I hate you with hot food) PANCAKES MEATSAUCE; 10/2/22 MCDEMUS Grits and EGGS; 10/4/22 C.O.T. OTERO, PIZZA, RICE and SOY; 10/5/22 OTERO, CATHY, MR. ROC (stop crying, he screams) RICE, meat, beans; 10/7/22 C.O. FEILING, CO3 SIMPSON, CO LAWRENCE, FISH and RICE, oatmeal and meat sauce; 10/6/22 FEILING SLOPPY JO, potatoes, ground beef, noodles and beans; 10/10/22 FEILING gives me a tray with hair in the bread and FORTE screams "you found it, uh"; 10/11/22 hair in my cream of wheat BRENNAN screams, I eat the hair. Plaintiff was on orders that made mandatory all interactions between staff and plaintiff was to be recorded. Plaintiff would receive the cold food, see the hair, file the grievances, and requested all videos preserved. These Defendants also verbally harassment plaintiff, its all stated in the grievances.

(33) Defendant Donahue assigns Smith to fill out and evaluate an inmate who is assigned to her in the RHU purposely, violating the DC-ADM 801 directives. No PSS is to fill out a IC form (that is part of the misconduct) for an inmate on her assigned list or block, but Donahue does make Smith did it, and she knows she's not suppose to. John Doe 11-20, HANSELL, CRISANTE, have all done this from MARCH 2018 til present day, and from January 2007 to MARCH 2018 since plaintiff has been active on the mental health roster. This is a due process violation, plaintiff has been violated regarding due process from January 2007 to October 2022.

(34) Frackville refuses to place a typewriter in the RHU. This issue has been a major one, since March 2018 til present October 2022. The RHU and RHU Annex hasn't had a typewriter, severely limiting plaintiff's access to court, because at Frackville, CO Troutman (SGT) refuses to provide pens to plaintiff after his initial issue, and when the ink runs out, "to bad" as Troutman stated, several times. The law library in general population has a typewriter, word processor, and the like, but not the RHU. This is done purposely by staff to severely hurt and sabotage plaintiff's access to court. Plaintiff asks this honorable court to enter judgment and order Frackville, the defendants, to place typewriter and/or a word processor in the RHU, BMU, and RHU Annex.

(35) Plaintiff may have cancer, was given an ultrasound on the lump he has on his left rib cage. Plaintiff has a large lump, that causes plaintiff extreme pain, and no follow up was given on the ultra sound. Plaintiff asks the court to order the Defendants to have the lump removed immediately. Plaintiff has a foreign object in his middle finger on his right hand, that hurts constantly, and plaintiff had an x-ray, and no follow. The object came from a surgery plaintiff had at Graterford in approximately 2013. The ultrasound was in approximately May 2022. The x-ray about the same time. Plaintiff is in serious pain daily because of this. The defendants know this, but refuse to help, DEFENDANTS MEGAN DELPAIS & Shelly DelPais, John Doe 21.

(36) In the DOC plaintiff is paying 17 dollars a month for cable services. If the Inmate General Welfare Fund pays for the cable equipment out of the Activities Department budget, cable is being paid for already, why is the D.O.C., these Defendants (John Doe, BLY, MOSER, PURNELL), allowing the business office to take money from my account for cable, that is being paid for by the IGWF? The cable service is being paid twice, once by plaintiff and once by the IGWF. Why is the DOC paying the cable service provider twice, for only one service? Plaintiff requests this honorable court to order the Defendants to refund all the monies paid (Defendant Mr. Def Hummel is a party to number 36, he works activities)

to any and all cable service providers, and make that money go to all inmates who've paid monies to the cable service provider.

(37) In approximately January 2020 Defendants: J. SCHICKRAM, BLOMMEL, E.O. ERDMAN, CO MINICH, B. TESTEN, J. McCORD, C.O. FOULDS, T. KOPINSKI, J. TEDESCO, C.O. RAMOS-LOPEZ, D. McCOY, J. MAUL, D. MAUL, SIMPSON, VASQUEZ, GUTIERREZ, D. FERGUSON, PURNELL, BLY, WINRICH, SCHADE (C.O.), H. POWERS, R. LYNN, COYBROZOWSKI, MOSER, RENNINGER, C.O. WHITNEY, SCHULTZ, ~~NAOJD~~ NAJDA, C.O. GREGORY, C.O. MEREDITH, PURCELL, WALTON, WALTER, McMULLIN, CLAWSON, BAEZ, BEACH, P. O'BOYLE, STORM, A. FISHER, KIMMEL, LOSER, J. SMOCKE, J. CONQUEST, S. THOMPSON, CD WARFORD, CJ WARFORD, MORRIS, J. CONNOLLY, D. DRUM, A. WELLER, CO SADLER, WARREN, D. CRESS, BRENNAN, D. LUCAS, CO2 APPLEGATE, CO2 KEEP, STANKAVAGE, T. KYAN, R. KRAMER, D. HUGHES, LYNN, O'DAY, MEYER, MEYERS, C.O. GORNALL, CO2 CHEHOVICH, CO ENGLISH, D. COOK, A. COOK, HEFFELFINGER, TROUTMAN, CO2 TAYLOR, ZULKOWSKI, ROSS ACHACY, CO2 KAUCE, MONTOYA, ~~EO~~ S. ALLEN, CO BRUTTS, CHANDLER, NARADKO, G. JAMISON, HOLZMAN, McPEAK, ~~RL~~ C.O. REIDER, MANTZ, CO3 MANBECK, SCARPATTI, BOYER, M. KUFRO, CO KUFRO, J. RENO, Z. KRAYNIAK, CO3 EIDEM, CO WINK, ENGLISH, M. WERT, D. EVANS, CO CORBY, J. CARTER, K. HANSELL, ROSS ACHACY, in 2018 thru 2022 when these Defendants were in the BMU posted, they all refused the plaintiff a secure blanket, and only would provide the plaintiff a smock, and not a jumpsuit, violating DC-ADM 13.8.1, these Defendants would refuse plaintiff food, showers, soap, hygiene materials, to torture plaintiff, see grievance numbers 847968, 863076, 866682, 866804, 868748, 868755, 868942, 870731, 791355, 820376. The denials cause plaintiff to get piss bumps that were painful, be suicidal, lose weight, be depressed, act out. Mice were in the POC/BMU as well. Defendants Dr. KORNE as well is a defendant.

(38) Please see Burns v. DOC, 642 F.3d 163; Carey v. Piphus, 435 US 247 and Wolf v. McDonnell, 418 US 534 for authority regarding the process of misconducts and why the plaintiff's misconducts must be expunged from his record. DEFENDANTS: S. WIGGINS, T. WALTER, K. CROSS, MARY CANINO, C. McKEOWN, J. DU PONT, LISA BARR, HEY NUNEZ, C. COLLINS, TRACY WILLIAMS, ~~D. HE~~ D. WEIDERHOLD, AND JOHN DOE Hearing Officers, all knew they violated due process and may the misconduct hearings of the 70 approximately misconduct report, they'd adjudicated and sanctioned plaintiff to the RHU and cell restriction, when the only evidence presented at the constitutionally flawed hearing was exclusively the misconduct. The atypical and significant hardship they'd caused was plaintiff only could shower 3 times a week, no use of phone, strip searched when leaving his cell every time, 23 hours a day in his cell sometimes 24, from January 2007 til October 2022.

㊴ Defendants: SIMPSON, SCHICKRAM, BLUMMEL, BARATTA, DRUM, SOLONSKY, SCHADE, POWERS, GUTIERREZ, VASQUEZ, CONQUEST, THOMPSON, WARREN, CONNOLLY, MOSER, BLY, J. MAUL, MCCOY, RAMOS-LOPEZ, J. TEDEJLO, KODINSKI, MEREDITH, NAJDA, C.D. WARFORD, and CJ WARFORD, all touched plaintiff's bare skin during a pat search when plaintiff was being processed into the BMU/POC for suicidal ideation, refused him showers, meals, tooth paste, tooth brush, From January 2019 thru December 2020, purposely to deter plaintiff From going to the BMU/POC. Plaintiff requested all admission videos be preserved.

㊵ No structure in the RHU, no programs, nothing but idol times, no mental health treatment For plaintiff, I've been put on a modified meal because of my constant suicides and suicidal ideation by Defendants Smith and Donahue. Plaintiff has been teased by Smith stating plaintiff needs to keep his 'dick' in his pants and Donahue refuses plaintiff treatment stating 'no one's going to help you, because you throw shit, the MHU isn't going to take you like that.' These incident happened in approximately January 2022, and this is an ADA violation. This causes Plaintiff to be suicidal and try to kill himself.

㊶ In September 2022 HEFFELFINGER deploys OC spray on an inmate in EB 1024, refused to call the medical department for plaintiff, who was in EB 1012, approximately 20 Feet away, when plaintiff begged him (HEFFELFINGER) to, because the OC spray caused plaintiff to vomit, cough, eyes burn, skin burn, but staff only brought medical to see ERIC LEE and totally ignored plaintiff.

㊷ In approximately November 2021 C.D. WARFORD deploys OC spray on two inmates in EB 1007, refuses to call the medical department For plaintiff, who was in EB 1005, approximately 5 Feet away, when plaintiff begged him (WARFORD) to, because the OC spray caused plaintiff to vomit, cough, eyes burn, skin, but I was totally ignored by WARFORD.

㊸ In approximately July 2021 PURCELL deploys OC spray on two inmates in EB 1020, refuses to call the medical department For plaintiff, who was in EB 1010, approximately 10 Feet directly across From the sprayed cell, when plaintiff begged him (PURCELL) to, because the OC spray caused plaintiff to vomit, cough, eyes burn, skin burn, I was totally ignored.

㊹ In approximately June 2021, DEFENDENT WERNER deploys OC spray into EB 1007, refuses to call the medical department For plaintiff, who was in EB 1030, approximately 20 Feet away, when plaintiff begged him (WERNER) to, because the OC spray caused plaintiff to vomit, cough, eyes burn, skin burn, f was totally ignored.

㊺ This document is made pursuant to the penalties of perjury.        Respectfully Submitted
                                                                     Wells
                                        DATED: 10/17/22



William Cummings GX8528
1111 Altamont Blud
Frackville, PA 17931
(legal mail)

Clerk Office
USDCM.D.Pa
PO Box 1148
Scranton, PA
18501

PRIORITY MAIL
★ ★ ★
TRACKED
★ ★
INSURED

UNITED STATES POSTAL SERVICE®
For Domestic Use Only

Label 107R, July 2013

PER
DEPUTY CLERK
OCT 2 5 2022
FILED
SCRANTON

INMATE MAIL
PA DEPT OF
CORRECTIONS

quadient
PRIORITY MAIL
IMI
$009.00⁰
10/21/2022 ZIP 17932
043M311230995

US POSTAGE

UNITED STATES POSTAL SERVICE®
USPS TRACKING #

9114 9999 4431 4768 3929 47

LAB400R Aug. 2013
7690-17-000-0669