IN THE USDC FOR MIDDLE DIST OF PENN

William Cummings, Plaintiff
v.
A. WELLER, et al

Civ No. 1:22CV1119
Response to Defendants Motion to Dismiss

① I, Plaintiff, William Cummings, move this motion to dismiss be denied because pursuant to the Federal Rules of Civil Procedure, Plaintiff has in fact stated claims whereupon relief can be granted. These facts, claims, must be submitted to the jury for findings of fact.

② Each claim Plaintiff presented to this honorable, can be granted relief. All the claims are exhausted, are not ambiguous, no guessing had to be done etc.

③ The Defendants haven't answered the complaint, so Plaintiff moves this court to set a time and date for them to do so. Also, Plaintiff moves this honorable court to send the Plaintiff the amount of Waiver Forms, and notice of lawsuit forms needed to serve these Defendants. The ones that haven't been. Please bear with me, I still have a concussion, no medical staff has evaluated me for it, outside of a minute sick call at the cell door in the RHU. Plaintiff moves in the interest of justice to be appointed counsel because Plaintiff cannot focus on the matters at hand, still gets extremely dizzy, cannot concentrate, vomits because of the dizzy, Plaintiff is all jacked up. Please help.

④ Sorry if this response isn't up to par, but the concussion, seeing tracers, and still having to deal with these Defendants daily is thwarting the judicial process on the most basic level 4 me. Please help me. Defendant TROUTMAN consistantly threatens me and my life, he refuses to allow me in the law library, he's just too much. Sorry for all this Judges Mannion and Carlson. And Defendant Smith just started yelling and doing all the 8th AMDT. violations, which have no penalogical interests. They're mad and becoming even more deranged!

⑤ So in closing, sorry if this response is wrong or against the rules, sorry for not having a brief if I'm supposed to, its because TROUTMAN and DEFENDANT WELTER won't allow me in the law library to research, please appoint me counsel in the interest of justice and in the name of Almighty God. The motion to dismiss should be denied. Please help me, I think I'm dying or something, the headaches keep me in bed all day, it's been a month.

DATE: 11/22/22    Respectfully Submitted,
                  WCJ

FILED SCRANTON
NOV 28 2022
PER /dw/ DEPUTY CLERK

Proof of Service
I have served the Defendants.
Please send these Defendants a copy of this document so they can't say they didn't receive it.

William Cummings GX8328
1111 Altamont Blvd
Frackville, PA 17931
(legal mail)

INMATE MAIL
PA DEPT OF
CORRECTIONS



quadient
FIRST-CLASS MAIL
IMI
$000.57 ⁹
11/23/2022 ZIP 17932
043M31230995
US POSTAGE

Clerk's office
USDC M.D. Pa
PO Box 1148
Scranton, PA
18501

RECEIVED
SCRANTON
NOV 28 2022
PER _____ DEPUTY CLERK

18501148