# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **WILLIAM CUMMINGS,** | : | **CIVIL NO. 1:22-CV-1119** |
| | : | |
| **Plaintiff,** | : | **(Judge Mannion)** |
| | : | |
| v. | : | |
| | : | **(Magistrate Judge Carlson)** |
| **WELLER, et al.,** | : | |
| | : | |
| **Defendants.** | : | |

## MEMORANDUM AND ORDER

The background of this order is as follows:

The plaintiff, who is proceeding *pro se*, commenced this action by a complaint on July 18, 2022. (Doc. 1.) Since that time, Cummings filed numerous documents in this case and related litigation which purport to amend or supplement his complaint in a random, fragmentary and incomplete fashion. We have repeatedly instructed Cummings that any motion to amend must comply with Local Rule 15.1 which provides as follows:

**LR 15.1 Amended Pleadings.**

**(a) Proposed amendment to accompany the motion.**

When a party files a motion requesting leave to file an amended pleading, the proposed amended pleading must be retyped or reprinted so that it will be complete in itself including exhibits and shall be filed on paper as a separate document or, in the Electronic Filing System, as an attachment to the motion. If the motion is granted, the clerk shall forthwith file the amended pleading. Unless otherwise ordered, an amended pleading that

1

does not add a new defendant shall be deemed to have been served for the purpose of determining the time for response under Fed. R. Civ. P. 15(a), on the date the court grants leave for its filing. A party granted leave to amend its pleading, when the amended pleading would add a new defendant, shall file and effect service of the amended pleading within thirty (30) days after the date of the Order granting leave for its filing.

**(b) Highlighting of amendments.**

The party filing the motion requesting leave to file an amended pleading shall provide: (1) the proposed amended pleading as set forth in subsection (a) of this rule, and (2) a copy of the original pleading in which stricken material has been lined through and any new material has been inserted and underlined or set forth in bold-faced type.

Local Rule 15.1.

Recently, Cummings has, once again, filed various separate and often fragmentary complaints without incorporating those complaints into a single comprehensive pleading or complying with Local Rule 15.1. (Docs. 14, 18, 19, 23). Because the proliferation of these filings violates our prior orders and impedes the orderly evaluation of the plaintiff's claims  IT IS ORDERED that the plaintiff's motions to file various separate supplemental and amended complaints, (Docs. 14, 18, 19, 23) are DENIED without prejudice.

SO ORDERED, this 15th day of December 2022.

                                             */s/ Martin C. Carlson*
                                             Martin C. Carlson
                                             United States Magistrate Judge