# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| WILLIAM CUMMINGS, | : | Civ. No. 1:22-CV-1119 |
| Plaintiff, | : | |
| v. | : | (JUDGE MANNION) |
| A. WELLER, et al., | : | |
| Defendants. | : | |

## ORDER

In accordance with the memorandum filed the same, it is hereby ordered that the Report and Recommendation of Judge Carlson, (Doc. 52) will be **ADOPTED IN ITS ENTIRETY**. Plaintiff's objections, (Doc. 53), are **OVERRULED**. Defendants' motion to dismiss, (Doc. 40), will be **GRANTED** and Plaintiff's amended complaint, (Doc. 16), will be **DISMISSED** without further leave to amend. The Clerk of Court is directed to close this case.

*S/ Malachy E. Mannion*
MALACHY E. MANNION
United States District Judge

DATE: December 26, 2023
22-1119-02 ORDER